IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00698-FDW-SCR

| | |
|---|---|
| **WARREN WRIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| **DEPUY ORTHOPAEDICS, INC., et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the opposed[1] "Motion for Admission *Pro Hac Vice* and Affidavit [for William Essig]" (Doc. No. 77) filed April 21, 2023. For the reasons set forth therein, the Motion will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Frank D. Whitney.

**SO ORDERED**.   Signed: April 21, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge

---

[1] The Motion states that an opposing party opposes the Motion. Moving counsel has clarified to chambers staff that she emailed Plaintiff's counsel to request consent and did not receive a response. Accordingly, she indicated opposition out of abundance of caution.